JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KONTAS, <br><br> Plaintiff, <br><br> v. <br><br> RESEARCH STRATEGIES, INC., <br><br> Defendants. | Case No.  CV 23-5961-GW-JCx <br><br> **ORDER TO DISMISS** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: November 28, 2023

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE